**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LAW OFFICES OF ANDREW D. FORTNEY, PH.D., P.C., et al.,<br><br>           Plaintiffs,<br><br>   vs.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 11-1451 LJO DLB<br><br>**ORDER TO VACATE HEARING, TERM MOTION AND FILE CONSENT FORM**<br>(Doc. 10.) |

On October 26, 2011, defendants filed their F.R.Civ.P. 12(b)(1), (3) motion to dismiss plaintiffs' original complaint and set a November 30, 2011 hearing. On November 10, 2011, plaintiffs filed their first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1). Plaintiffs also filed their form to consent to the conduct of all further proceedings by a U.S. Magistrate Judge. As such, this Court:

1. VACATES the November 30, 2011 hearing in that the first amended complaint renders moot the pending F.R.Civ.P. 12(b)(1), (3) motion to dismiss;

2. DIRECTS the clerk to term the F.R.Civ.P. 12(b)(1), (3) motion (doc. 10). This Court will take no further action on the F.R.Civ.P. 12(b)(1), (3) motion; and

3. ORDERS defendants, no later than November 22, 2011, to file papers to indicate whether they consent to the conduct of all further proceedings by a U.S. Magistrate Judge.

Due to having the heaviest district court caseload in the nation, limited Court resources, and the

need to prioritize criminal and older civil matters over newly filed actions, this Court ADMONISHES defendants to consent to the conduct of all further proceedings by a U.S. Magistrate Judge. This Court has far more U.S. Magistrate Judges than U.S. District Court Judges, who carry far heavier caseloads than U.S. Magistrate Judges, who have greater flexibility and time to devote to civil matters. Without such consent, this Court is unable to commit to address this action to meet the parties' needs and expectations.

      A consent form is available on the Court's website www.caed.uscourts.gov by checking the Clerk's Office link or by telephoning the Clerk's Office at (559) 499-5600 or (559) 499-5601.

      IT IS SO ORDERED.

**Dated:   November 14, 2011**                 **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE