# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAW OFFICES OF ANDREW D. FORTNEY, PH.D., P.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | 1:11cv01451 DLB <br><br> ORDER GRANTING PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT <br> (Document 18) |

Plaintiffs The Law Offices of Andrew D. Fortney, Ph.D., P.C. and Dongbu Hitek Co., LTD, filed this action against the United States Patent and Trademark Office ("USPTO") and Director David J. Kappos on August 26, 2011. The action seeks judicial review of final decisions of the USPTO under the Administrative Procedures Act.

On November 23, 2011, Defendants filed a motion to dismiss the First Amended Complaint based on lack of standing and improper venue. The matter was heard on January 6, 2012, before the Honorable Dennis L. Beck, United States Magistrate Judge.[1]  Bradley Levang appeared on behalf of Plaintiffs. Jeffrey Lodge appeared on behalf of Defendants.

---

[1] The parties consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1

At the outset of the hearing, Plaintiffs moved to dismiss this action without prejudice. The request is GRANTED and this action is DISMISSED WITHOUT PREJUDICE. Defendants' motion to dismiss is DENIED AS MOOT.

   This terminates this action in its entirety.

   IT IS SO ORDERED.

**Dated:**   **January 9, 2012**        /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE